## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| RAUL GONZALEZ, | § | |
|     Plaintiff, | § | |
| | § | Case No. 6:20-cv-488-JDK-JDL |
| v. | § | |
| | § | |
| GURNEY UNIT, et al., | § | |
|     Defendants. | § | |

the not-objected-to proposed factual findings and legal conclusions accepted and adopted by the district court.  *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc).

The Court has reviewed the pleadings in this cause and the Report of the Magistrate Judge.  Upon such review, the Court has determined that the Report of the Magistrate Judge is correct.  *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that where no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law.").

Accordingly, it is:

**ORDERED** that the Report of the United States Magistrate Judge (Docket No. 17) is **ADOPTED** as the opinion of the Court;

**ORDERED** that the above-styled civil proceeding is **DISMISSED**, without prejudice, for Plaintiff's failure to comply an order of the Court; and

**ORDERED** that any and all motions which may be pending in this civil action are hereby **DENIED** as **MOOT**.

So **ORDERED** and **SIGNED** this **11th** day of  **January, 2021.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE

2